UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EDWARD A. McCARTHY,<br><br>*Plaintiff,*<br><br>v.<br><br>McLANE COMPANY, INC. and<br>CONSTRUCTION MANAGEMENT<br>TECHNOLOGY,<br><br>*Defendants.* | CIVIL ACTION<br>NO.: 04-10335-RWZ |

**ASSENTED-TO MOTION OF DEFENDANT McLANE COMPANY, INC.
TO CONTINUE SCHEDULING CONFERENCE**

Defendant McLane Company, Inc. ("McLane") respectfully moves that the scheduling conference in this action, presently scheduled for March 24, 2004 at 2:30 p.m., be continued to a later convenient date due to scheduling conflicts of McLane's counsel, Wesley S. Chused, as set forth in his Affidavit filed concurrently herewith.

**Local Rule 7.1(A)(2) Certification**

I hereby certify that I have conferred and have attempted in good faith to resolve or narrow the issue herein, and that the plaintiff's counsel has assented to this motion.

McLANE COMPANY, INC.
By its attorney,

March 4, 2004

/s/
Wesley S. Chused (BBO #083520)
LOONEY & GROSSMAN LLP
101 Arch Street
Boston, MA  02110
(617) 951-2800

L:\\13036\000\Pld\05

## CERTIFICATE OF SERVICE

I hereby certify that on March 4, 2004 I served a copy of the foregoing pleading upon all parties hereto by mailing copies thereof, via first class mail, postage prepaid, properly addressed to:

George A. Malliaros, Esq.
1794 Bridge Street, Suite 22B
Dracut, MA 01826

Construction Management Technology
15280 Addison Road, #300
Addison, TX 75001

/s/
Wesley S. Chused