UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EDWARD A. McCARTHY,<br><br>        *Plaintiff,*<br><br>v.<br><br>McLANE COMPANY, INC. and<br>CONSTRUCTION MANAGEMENT<br>TECHNOLOGY,<br><br>        *Defendants.* | CIVIL ACTION<br>NO.: 04-10335-RWZ |

**CERTIFICATION OF DEFENDANT McLANE COMPANY, INC.
<u>PURSUANT TO LOCAL RULE 16.1(D)(3)</u>**

Defendant McLane Company, Inc. ("McLane") and its counsel hereby certify, in accordance with the provisions of Local Rule 16.1(D)(3), as follows:

Defendant McLane and its counsel have conferred:

(a)    with a view to establishing a budget for the cost of conducting a full-course - and various alternative courses - of the litigation; and

(b)    to consider the resolution of this litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

                                            McLANE COMPANY, INC.

March ___, 2004                            By: _____
                                                     Bart McKay, Associate General Counsel

L:\\13036\000\Pld\07

March 18, 2004

/s/ Wesley S. Chused
Wesley S. Chused (BBO#083520)
Attorney for McLane Company, Inc.
LOONEY & GROSSMAN LLP
101 Arch Street
Boston, MA  02110
(617) 951-2800