UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-10335-RWZ

EDWARD A. McCARTHY

v.

McLANE COMPANY, INC., et al.

SCHEDULING ORDER

April 20, 2004

ZOBEL, D. J.

This matter having come before the court at a scheduling conference held pursuant to Rule 16, Fed. R. Civ. P., 28 U.S.C., and George A. Malliaros having appeared as counsel for plaintiff, Edward A. McCarthy; and Wesley S. Chused and Patrick M. McCormack having appeared as counsel for defendants, McLane Company, Inc., et al., the following action was taken:

1. The parties agreed to complete the automatic discovery by May 28, 2004.

2. All discovery necessary for counsel to understand the scope of the case and engage in meaningful settlement discussions shall be completed by October 15, 2004.

3. A further conference is scheduled on October 19, 2004, at 2 p.m.

|  |  |
|---|---|
| _____ | /s/ Rya W. Zobel |
| DATE | RYA W. ZOBEL |
|  | UNITED STATES DISTRICT JUDGE |