UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

N O T I C E

Please take notice that the civil action cases on the attached list pending in Boston have been transferred to JUDGE NATHANIEL M. GORTON for all further proceedings. From this date forward the number on all pleadings should be followed by the letters NMG to indicate assignment of the case to JUDGE GORTON. In addition, please ensure that all future correspondence with the Clerk's Office has the proper number and letters on the lower left hand corner of the envelope, as well as on the correspondence or pleading being filed.

PLEASE NOTE that unless otherwise notified by the Court, all scheduling deadlines set by judges previously assigned to these cases will be adhered to by Judge Gorton.

Questions concerning cases assigned to Judge Gorton may be directed to Craig Nicewicz, Courtroom Deputy at (617) 748-9158.

Thank you for your cooperation in this matter.

TONY ANASTAS, Clerk

By:  /s/_____
     Deputy Clerk

Date: _____

Copies to:    Counsel

```
06/23/04         U.S. DISTRICT COURT - MASSACHUSETTS - CM/ECF SYSTEM         Page   1

              Boston Civil Cases to be Reassigned to Judge Gorton
_____

    DOCKET         DATE FILED        CASE TITLE
_____


Judge :  Zobel

1:02cv10037      01/09/2002     Marshall v. Maloney

1:02cv10508      03/21/2002     Shawsheen Valley v. Bureau of Special, et al

1:02cv12037      10/18/2002     O'Grady v. National Railroad

1:03cv10130      01/17/2003     Pelletier v. Main Street Textiles, et al

1:03cv10555      03/27/2003     Tower Ventures, Inc. v. Town of Randolph, et

1:03cv10813      05/01/2003     Comcast of MA, Inc., et al v. Cook, et al

1:03cv11035      06/02/2003     The Phoenix Insurance Company v. Shannon et a

1:03cv11345      07/18/2003     Jenzabar, Inc. v. Dynamic Campus Solutions, L

1:03cv11541      08/20/2003     Ocean Resources, Inc. et al v. Alaska Diesel

1:03cv11649      09/05/2003     DirectTV, Inc v. Liang

1:03cv12170      11/05/2003     Leitzes v. Provident Life and Accident Corpor

1:03cv12410      12/01/2003     Peter Mayes v. Woods Hole Oceanographic Insti

1:03cv40181      07/31/2003      v. Bramson et al

1:04cv10335      02/18/2004     McCarthy v. McLane Company, Inc. et al

1:04cv10639      04/02/2004     Troiani v. City of Somerville et al

1:04cv10730      04/12/2004     Ward v. USA

1:04cv10947      05/12/2004     Saad v. Way et al


Total Cases for Judge
---------------------
            17
```