UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EDWARD A. MCCARTHY,<br>    PLAINTIFF<br><br>VS.<br><br>MCLANE COMPANY, INC.,<br>CONSTRUCTION MANAGEMENT<br>TECHNOLOGY AND<br>LINCOLN FRANKLIN, LLC.,<br>    DEFENDANTS | Civil Action No:<br>04-10335-RWZ |

NOTICE OF APPEARANCE

To the Clerk of the Above-Named Court:

Kindly enter my appearance on behalf of the defendant, McLane Company, in the above matter.

Respectfully submitted,
MCLANE COMPANY, INC.,
By its attorneys,

/s/John P. Knight  /s/Ralph C. Sullivan
John P. Knight, BBO# 631052
Ralph C. Sullivan, BBO# 541992
MORRISON MAHONEY LLP
250 Summer Street
Boston, MA  02210
617-439-7500