UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EDWARD A. McCARTHY,<br><br>*Plaintiff,*<br><br>v.<br><br>McLANE COMPANY, INC. and<br>CONSTRUCTION MANAGEMENT<br>TECHNOLOGY,<br><br>*Defendants.* | CIVIL ACTION<br>NO.: 04-10335-RWZ |

**WITHDRAWAL OF APPEARANCE
OF WESLEY S. CHUSED FOR DEFENDANT
McLANE COMPANY, INC.**

TO THE CLERK:

I hereby withdraw my appearance as attorney for defendant McLane Company, Inc. in this action. The appearance of successor counsel is filed concurrently herewith.

July 22, 2004

Wesley S. Chused  (BBO #083520)
LOONEY & GROSSMAN LLP
101 Arch Street
Boston, MA  02110
Tel. (617) 951-2800

L:\\13036\000\Pld\10