United States District Court
District of Massachusetts

```
_____
                               )
EDWARD A. MCCARTHY,            )
                               )
     Plaintiff,                )
                               )    Civil Action No.
     v.                        )    04-10335-NMG
                               )
MCCLANE COMPANY, INC.,         )
CONSTRUCTION MANAGEMENT        )
TECHNOLOGY, LINCOLN FRANKLIN,  )
LLC,                           )
                               )
     Defendants.               )
_____)
```

**ORDER**

**GORTON, J.**

On February 20, 2004, Defendant McLane Company, Inc. ("McLane") removed the present action to this Court and, on November 29, 2004, McLane was ordered to submit a memorandum discussing whether this Court has subject matter jurisdiction over the case. On December 15, 2004, McLane filed a memorandum conceding that this Court lacks jurisdiction. Accordingly, Civil Action No. 04-10335-NMG is hereby **REMANDED** to the Middlesex Superior Court Department, Middlesex County, Massachusetts for further proceedings.

**So ordered.**

　　　　　　　　　　　　　　　　　　/s/ Nathaniel M. Gorton
　　　　　　　　　　　　　　　　　　Nathaniel M. Gorton
　　　　　　　　　　　　　　　　　　United States District Judge

Dated December 20, 2004